UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYSON WILSON, | ) |
| | ) Case No.: 2:10-cv-00181-LRH-LRL |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **FOR DISMISSAL** |
| DAVITA, INC., a foreign corporation; TOTAL RENAL CARE, INC., a foreign corporation; DOES and ROES 1-100; inclusive, | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED that the Complaint be dismissed as to all parties with prejudice, with each party to bear their own costs and attorney's fees.

FISHER & PHILLIPS LLP

 /s/ Scott M. Mahoney, Esq.              /s/ Tyson Wilson
Scott M. Mahoney, Esq.                  Tyson Wilson
3800 Howard Hughes Pkwy.,               1005 Greystone Dr.
Suite 950                               Las Vegas, NV 89108
Las Vegas, NV  89169                    Plaintiff Pro Per
Attorneys for Defendants

IT IS SO ORDERED.  DATED this 25th day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 1 -